Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

2020 APR -8 A 10 38

U.S. DISTRICT COURT
N.D. OF ALABAMA

_____
*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

SALLy F. HAthcock

v. West Etowah Water Board
Roger Kimbril
Steve Jennings
James Golden

Case No.: 4:20-cv-474-CLM
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☐ No

_____
*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff**

Name: SALLy F. HAthcock
Street Address: 6787 Old GALLAnt Road
City and County: GALLAnt    Etowah County
State and Zip Code: AL 35972
Telephone Number: 256 538-9232
E-mail Address *(if known)*: SALLyhathcock@gmail.Com

☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

April 6, 2020
Date

Sally Hathcock
Participant Signature

Page 1 of 7

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Roger D. Kimbril
- Job or Title *(if known)*: Water Board Chairman
- Street Address: 725 Kimbril Circle
- City and County: Attalla   Etowah
- State and Zip Code: AL 35954
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Steve Jennings
- Job or Title *(if known)*: Vice Chairman Water Board
- Street Address: 2111 Bull Hollow Road
- City and County: Gallant   Etowah
- State and Zip Code: AL 35972
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name: James Golden
- Job or Title *(if known)*: Board Member
- Street Address: 750 Thrasher Road
- City and County: Altoona   Etowah
- State and Zip Code: AL 35952
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address *(if known)* _____

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name    West Etowah Water

    Street Address    596 Gallant Road

    City and County    Attalla    Etowah

    State and Zip Code    AL 35954

    Telephone Number    (256) 538 5947

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☑ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☑ Unequal terms and conditions of my employment

☑ Retaliation

☑ Other acts *(specify)*: hArassed for my personal notes

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s):
   October 22, 2019

C. I believe that defendant(s) *(check one)*:
   ☐ is/are still committing these acts against me
   ☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
   ☐ race _____
   ☐ color _____
   ☐ gender/sex _____
   ☐ religion _____
   ☐ national origin _____
   ☒ age *(year of birth)*   65   1954
      *(only when asserting a claim of age discrimination)*
   ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed. _____
   Attached is my charge - enclosed

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

   12-6-2019

B. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter

   ☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____

   JAnuary 11, 2020

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☑ 60 days or more have elapsed

   ☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Payment of the mandatory retirement they failed knowingly to follow. 4 yrs. 6 mon. My wages up to my July 2020 Retirement Age of 66

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: April 6, 2020

Signature of Plaintiff: *Sally F. Hathcock*

Printed Name of Plaintiff: SALLY F. HATHCOCK

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Sally F. Hathcock<br>6787 Old Gallant Road<br>Gallant, AL 35972 | From: Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2020-00503 | Glenda J. Muldrow, Investigator | (205) 212-2138 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____      **JAN 0 8 2020**
Bradley A. Anderson,                    *(Date Mailed)*
District Director

Enclosures(s)

cc: West Etowah County Water Authority
Roger Kimbril, Board Chairman
596 Gallant Road
Attalla, AL 35954

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2020-00503 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Sally F. Hathcock | (256) 538-9232 | 1954 |

Street Address: 6787 Old Gallant Road, Gallant, AL 35972

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WEST ETOWAH COUNTY WATER AUTHORITY | Unknown | (256) 538-5947 |

Street Address: 596 GALLANT ROAD, Attalla, AL 35954

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-08-2019   Latest: 10-22-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/6/2019    *Sally Hathcock*

Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2020-00503 |

and EEOC
_____
*State or local Agency, if any*

I am a member of the Protected Age Group (PAG), age 65. I was hired by the above-named employer on February 11, 1997 as a clerk. My most recent position was Office Manager, a promotion that was effective in November 2009. I performed my job in a satisfactory or better manner.

On October 8, 2019, I was demoted because of my age. The Board members held a closed-door meeting during which time no executive meeting had been called and no minutes were taken. When the official Board meeting convened I was demoted. The unprofessional and illegal action was witnessed by Board Attorney Jack Floyd. I was replaced by Barbara Cleveland, a member of the PAG, age 52, who made comments about my age and said I could not hear.

On October 6, 2019, I complained to Board Chairman Roger Kimbril regarding maintenance employee Matthew Pierce receiving unfair treatment in comparison to Maintenance Supervisor Kenny Smith regarding a non-work-related injury and continued work. As a result, Supervisor Smith was sent home.

On October 22, 2019, I was harassed by Vice Chairman Steve Jennings and Board Member James Golden regarding turning over my personal notes used to complete system updates. I provided them the official manual instructions however, I was intimidated and bullied into releasing my simplified version to which I operated. Upon their receipt of my personal notes, I was handed a letter, a notice of discharge, effective October 22, 2019.

I believe that I was discriminated against based on my age and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

**AMENDED CHARGE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>12/6/2019        *Sally Hathcock*<br>_____    _____<br>Date                Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |