# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SALLY F. HATHCOCK,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.   4:20-cv-00474 |
| **WEST ETOWAH WATER BOARD, et al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

On April 21, 2020, this court notified Plaintiff Hathcock that her complaint was deficient because it was not accompanied by a filing fee or an application to proceed *in forma pauperis.*  *See* Doc. 2.  This court informed Hathcock that failure either file an application to proceed *in forma pauperis* or pay the filing fee within thirty (30) days could result in dismissal of this action without further notice.  Hathcock has failed to comply with or otherwise respond to this notice.  Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE for failure to prosecute.**

The clerk is **DIRECTED** to serve a copy of this Order on the plaintiff at her address of record.

**DONE** and **ORDERED** this 27th day of May, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE